PHILIP B. GAYNOR, Appellant, v. VILLAGE OF PORT CHESTER, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Putnam and Jaycox, JJ., concurred; Blackmar, J., dissented upon the ground that the learning of *Wakefield* v. *Brophy* (67 Misc. Rep. 298; affd., *sub nom. Wakefield* v. *Gaynor*, 144 App. Div. 905; affd., 207 N. Y. 772) does not apply, inasmuch as the express statute* has declared the claim is for a village purpose; with whom Jenks, P. J., concurred.

BENNY GREGONIS, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Judgment and order reversed, and complaint unanimously dismissed, without costs, upon condition that defendant stipulate to waive any statute of limitations which might bar plaintiff in case plaintiff, within one year, brings an action in the State of Pennsylvania; upon the ground that we consider that our decision and memorandum in *Woicianowicz* v. *Philadelphia & Reading Coal & Iron Co.* (186 App. Div. 906), decided by us in November, 1918, are applicable to this case. Otherwise, judgment and order unanimously affirmed, with costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOSEPH HAND, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— A truck driver thrown from his truck, as it goes up on the bridge from the ferry boat, because of the jolt, should show that his own load was properly secured so as to withstand the shocks to be met in passing off the boat. The fact that a barrel in the top tier behind him toppled over and fell along with plaintiff, points to an inference that the load had not been thus secured. In the absence of evidence of any break of the ropes, or other explanation of the barrel being suffered thus to topple over, the findings of defendant's negligence and plaintiff's freedom from contributory negligence, implied in the verdict, were against the weight of the evidence. The judgment and order are, therefore, reversed and a new trial granted, with costs to appellant to abide the event. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

DELPHINE HARRIETT, Respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

RUFUS HATCH, Respondent, v. LOUIS HAEBERLE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

*See Laws of 1911, chap. 513.— [REP.